UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHWA PEREZ,

  Plaintiff,

                               CASE NO.: 6:22-cv-2168-CEM-DCI

Vs.

EQUIFAX INFORMATION SERVICES
LLC and HEALTHCARE REVENUE RECOVERY
GROUP, LLC D/B/A ARS ACCOUNT
RESOLUTIONS SERVICES,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, JOSHWA PEREZ and the Defendants, EQUIFAX

INFORMATION SERVICES LLC and HEALTHCARE REVENUE RECOVERY

GROUP, LLC d/b/a ARS ACCOUNT RESOLUTIONS SERVICES, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each

claim and count therein asserted by Plaintiff, against the Defendant, EQUIFAX

INFORMATION SERVICES LLC, in the above styled action, with Plaintiff and

Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of March, 2023.

/s/ Frank H. Kerney, III
Frank H. Kerney, III, Esq.
Florida Bar No.  88672
frank@theconsumerlawyers.com
jason@theconsumerlawyers.com
The Consumer Lawyers, PLLC
412 E. Madison St., Suite 916
Tampa, FL 33602
Telephone: 813-951-8278
Facsimile: 844-951-3933
*Attorneys for Plaintiff*

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 110108
Skohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant,*
Healthcare *Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*

/s/ Jason Daniel Joffe
Jason Daniel Joffe, Esq.
Florida Bar No.  0013564
jason.joffe@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
*Attorneys for Defendant*
*Equifax Information Services LLC*