UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHWA PEREZ,

  Plaintiff,

Vs.                                 CASE NO.: 6:22-cv-2168-CEM-DCI

EQUIFAX INFORMATION SERVICES
LLC and HEALTHCARE REVENUE RECOVERY
GROUP, LLC D/B/A ARS ACCOUNT
RESOLUTIONS SERVICES,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTIONS SERVICES

COMES NOW Plaintiff, JOSHWA PEREZ and the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTIONS SERVICES, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTIONS SERVICES, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of June, 2023.

| | |
|---|---|
| */s/ Frank H. Kerney, III* <br> Frank H. Kerney, III, Esq. <br> Florida Bar No.  88672 <br> frank@theconsumerlawyers.com <br> jason@theconsumerlawyers.com <br> The Consumer Lawyers, PLLC <br> 412 E. Madison St., Suite 916 <br> Tampa, FL 33602 <br> Telephone: 813-951-8278 <br> Facsimile: 844-951-3933 <br> *Attorneys for Plaintiff* | */s/ Ernest H. Kohlmyer, III* <br> Ernest H. Kohlmyer, III, Esquire <br> Florida Bar No. 110108 <br> Skohlmyer@shepardfirm.com <br> service@shepardfirm.com <br> Shepard, Smith, Kohlmyer & Hand, P.A. <br> 2300 Maitland Center Parkway, Suite 100 <br> Maitland, Florida 32751 <br> Telephone (407) 622-1772 <br> Facsimile (407) 622-1884 <br> *Attorneys for Defendant,* <br> Healthcare *Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2023, I filed the foregoing document via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Frank H. Kerney, III*
Frank H. Kerney, III, Esq.
Florida Bar No.  88672
*Attorney for Plaintiff*