UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHWA PEREZ,**

    **Plaintiff,**

v.                                           Case No.  6:22-cv-2168-CEM-DCI

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal Without Prejudice as to Healthcare Revenue Recovery Group, LLC (Doc. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2023.



Copies furnished to:

Counsel of Record